FILED

10/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0369

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0369

_____

PARKER NOLAND,

      Plaintiff and Appellant,

    v.

STATE OF MONTANA, MONTANA PUBLIC
SERVICE COMMISSION, JAMES BROWN,
in his official capacity as President of the
Montana Public Service Commission, BRAD
JOHNSON, in his official capacity as Vice-
President of the Montana Public Service
Commission, and RANDY PINOCCI, TONY
O'DONNELL, and JENNIFER FIELDER
in their official capacities as Commissioners
of the Montana Public Service Commission,

      Defendants and Appellees,

EVERGREEN DISPOSAL, INC.,

      Intervenor and Appellee.

                               O R D E R

_____

      Upon consideration of the motion for leave to file an amicus brief filed by the Cato Institute and Mountain States Legal Foundation, and good cause appearing,

      IT IS HEREBY ORDERED that the motion is GRANTED.  Amici are granted leave to file an amicus brief on or before November 1, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 31 2024